**PAWB FORM 30  (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| William J. Csikari, | ) | |
| *Debtor* | ) | Case No. 22-20946 CMB |
| | ) | Chapter 13 |
| William J. Csikari, | ) | |
| *Movant* | ) | Document No. |
| | ) | |
| No Respondents | | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

PNC Bank
Attn: Bankruptcy
Po Box 10566
Birmingham, AL 35296

PNC Bank
PO Box 94982
Cleveland, OH 44101

Date: June 21, 2022                         /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                            Attorney for the Debtor(s)

                                            STEIDL & STEINBERG
                                            Suite 2830 – Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            ken.steidl@steidl-steinberg.com
                                            PA I.D. No.34965